## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **Jessica Jacobson, a Minor, et al. ,** | ) | **Case NO. 5:05 CV 710** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Summit County Children Services** | ) | **Judgment Entry** |
| **Board, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

This Court, having issued its Memorandum of Opinion and Order granting

respondents' Motion for Summary Judgment (Doc. 7), hereby enters judgment for

respondents**.**

IT IS SO ORDERED.

 /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated:   9/12/05